No. 527. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. INDEPENDENT OIL CO.;
No. 528. SAME v. ROSENFELT;
No. 529. SAME v. HIRSCH;

No. 530. SAME *v.* S. M. COHN;
No. 531. SAME *v.* H. L. COHN;
No. 532. SAME *v.* C. N. COHN;
No. 533. SAME *v.* B. COHN TRUST; and
No. 534. SAME *v.* B. COHN.

February 26, 1940. Dismissed on motion of counsel for the petitioner. *Solicitor General Biddle* for petitioner. *Messrs. S. Leo Rushlander* and *Samuel Kaufman* for respondents.